# EXHIBIT A

**STEWART D. ROLL**
2020 EAST SWAN LAKE CIRCLE
KENT, OHIO 44240
216-469-6003
SDANL@MSN.COM

October 30, 2019

FOIA Officer
Department of Veterans Affairs
Claims Intake Center
P.O. Box 4444
Janesville, WI 53547-4444
Fax: 844-531-7818

FOIA Officer
FOIA SERVICE
810 Vermont Avenue, NW
(005R1C) VACO
Washington, DC 20420
Fax: 202-632-7581

Re: **Stewart D. Roll**
**Freedom of Information Act Request**
**With Respect to November 6, 2018**
**Denial of VA Benefits Letter (the "Denial Letter")**
**VA File 28949689**

Dear FOIA Officer:

This is a Freedom Information Act Request for the following documents:

1. All documents relied upon by the VA and/or VBA to support and/or issue the Denial Letter.
2. All Documents relied upon by the VA and/or VBA to determine that Stewart D. Roll was not exposed to any herbicide, including but not limited to Agent Orange, during his 1970 – 1971 United States Air Force ("USAF") tour of duty (the "Tour") at Utapao Royal Thai Air Force Base (the "Base") in Thailand.
3. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll's presence at his assigned barracks at the Base was not "on duty."
4. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll's work for the USAF duty station at the 307th Strategic USAF Wing (the "Wing") during his Tour was not adjacent to the runway/flight line, a secondary base perimeter.

5. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll's travel for his duty at the Wing during his Tour at the Base did not result in his exposure to any herbicide, including but not limited to Agent Orange.
6. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll's type 2 diabetes was not the result of his exposure to any herbicide, including but not limited to Agent Orange, during his Tour of duty at the Base for the Wing.
7. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll's type 2 diabetes and or CIPD did not cause his peripheral neuropathy.
8. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll's peripheral neuropathy makes it necessary for his wife to help him dress and undress.
9. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll must use a cane and AOF braces to enable him to safely walk.
10. All documents relied upon by the VA and/or VBA to determine that Stewart D. Roll is not entitled to a determination that he became disabled as a result of his exposure to any herbicide, including but not limited to Agent Orange, during his Tour of duty at the Base for the Wing.

Please number each document produced in response to this FOIA request to correspond with one or more of the above numbered requests for production. Please call me or send me an email with any questions which you may have about this request.

I believe that the VA and/or VBA's response to this FOIA request will greatly benefit all veterans who served at the Base, and who allege an exposure to any herbicide in prosecuting their claims for a disability determination. For that reason, I request production of the described documents to me at no cost. If you disagree with this request, please produce the requested documents at my cost, which I agree to pay, subject to my right to subsequently challenge that determination to recoup any payment which I may pay with respect to your and/or the VA or VBA's production of documents in response to this FOIA request.

Sincerely,

*Stewart D. Roll*

Stewart D. Roll